# Loss Mitigation Final Report

**Debtors:**          Brian Metheny         **Case No:** 17-22668
**Loan No:**          ****3173              **Judge**: Judge Taddonio
**Debtor Attorney:**  Brian C. Thompson     **Ch:**    13

## Portal Information

The Creditor **was** Registered on the Portal at the time the LMO was issued
The Debtor uploaded a Complete Core LMP Package to the Portal on **09/28/2017**
The Creditor Acknowledged Receipt of Debtor's Uploaded Information on **10/03/2017**

## Requests For Loss Mitigation

**Requests for Loss Mitigaton:** 1

**Request 1**
The Request was filed on **08/11/2017** at docket no. **24**
The Creditor Name on the Request is **Ditech Financial, LLC**
The Creditor Name as registered on the Portal is **Ditech Financial LLC**
Request denied or ordered to be re-filed? **No**
Loss Mitigation Order **was** filed
    Order filed on **09/06/2017** at docket no. **32**

## Deadlines

The Debtor did not miss any LMP deadlines

The Creditor did not miss any LMP deadlines

## Status Reports

**Status Reports Filed:** 1

**Status Report 1**
The Status Report was filed on **11/11/2017** at docket no. **45**

## Sua Sponte Deadline Extensions

**Sua Sponte Deadline Extensions Filed:** 0

# Deadline Extensions

**Deadline Extensions Filed:** 0

# Requests to Terminate / Withdraw

**Requests to Terminate / Withdraw Filed:** 0

# Hearings / Status Conferences

**Hearings or Status Conferences Held:** 0

# Results

**Trial Loan Modification:**

There **was not** a Trial Loan Modification
An Interim Mortgage Modification Order **was not** issued

**Outcome:**

The outcome of the LMP was **Modification Denied**
Details and Terms: N/A

**I have reviewed the details set forth above. I, Brian C. Thompson, am verifying, subject to perjury, the accuracy of the information set forth in this Loss Mitigation Final Report.**

Brian C. Thompson
Attorney ID# 91197
Email Address: bthompson@thompsonattorney.com
125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086
(724) 799-8404
Attorney for: Brian Metheny

Date Report Completed: 12/28/2017